IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK G. TARLSON, | |
|     Plaintiff, | No. C 13-03535 JSW |
| v. | |
| SONIA FOSTER, | **ORDER VACATING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |
|     Defendant. | |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for judgment on the pleadings which has been noticed for hearing on Friday, January 17, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: January 3, 2014

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICK TARLSON,

        Plaintiff,

  v.

SONIA FOSTER et al,

        Defendant.

Case Number: CV13-03535 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nick G. Tarlson
220 Sansome St Ste 900
San Francisco, CA 94104

Dated: January 3, 2014

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk